# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0307.  MICHAEL LYDON STRONG v. THE STATE.**

Michael Lydon Strong has been charged with aggravated stalking, criminal trespass, and disorderly conduct. Proceeding pro se, he filed in the trial court a motion for default judgment and a statutory speedy trial demand.[1] In two orders, each issued on February 9, 2022, the trial court dismissed Strong's motions. On March 21, 2022, Strong filed this application, seeking discretionary review of both orders. Because the application is untimely, we lack jurisdiction.

Pretermitting whether a criminal defendant may seek default judgment, the trial court's order denying Strong's motion for default judgment is an interlocutory ruling, which generally requires a party to follow our interlocutory review procedure. See *Ware v. Handy Storage*, 222 Ga. App. 339, 339 (474 SE2d 240) (1996); see also OCGA § 5-6-34 (b). In contrast, the trial court's order dismissing Strong's statutory speedy trial demand is directly appealable. See *Hubbard v. State*, 254 Ga. 694, 695-696 (333 SE2d 827) (1985). Ordinarily, when a party seeks discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To be granted an appeal under OCGA § 5-6-35 (j), however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d), (j). Here, Strong filed his application 40 days after the trial court's orders were entered. His

---

[1] In violation of Court of Appeals Rule 31 (e), Strong has not provided a copy of his motions with the application materials.

application is therefore untimely and subject to dismissal. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012).

Accordingly, Strong's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/07/2022__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*